IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW MOSLEY,
    Plaintiff,

vs.                                    CASE NO.: 3:08cv478/LAC/MD

C. TRUETT, et al.,
    Defendants.

## **O R D E R**

       This cause is before the court upon plaintiff filing a civil rights complaint (doc. 1) and a motion to proceed *in forma pauperis* (doc. 3) in the Southern District of Florida. On October 16, 2008, the action was transferred to the Northern District of Florida for all further proceedings (doc. 5).

       Plaintiff's application to proceed *in forma pauperis* is deficient. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with the required trust fund account statement (a printout of the transactions in plaintiff's inmate trust account for the six-month period immediately preceding the filing of the complaint). *See* 28 U.S.C. § 1915. In the instant case, plaintiff did not file a prisoner consent form, and the trust fund account statement he submitted is for only a one-month period (April of 2008). The court will not process the complaint until all these forms are submitted.

       Accordingly, it is ORDERED:

       1. Ruling on plaintiff's motion to proceed *in forma pauperis* (doc. 3) is DEFERRED.

       2. The clerk is directed to send plaintiff a prisoner consent form. This case number shall be written on the form.

       3. Within **thirty (30) days** of the date of this order, plaintiff shall fill out and file the prisoner consent form, and shall also provide a copy of his trust account statement for the

period May 1, 2008 through the present.  In the alternative, plaintiff shall pay the full $350.00 filing fee.

    4.   Plaintiff's failure to comply with this order as instructed will result in a recommendation of dismissal of this action for failure to comply with an order of this court.

DONE AND ORDERED this 27th day of October, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:08cv478/LAC/MD*